**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE BEDOLLA, | Case No.: 2:26-cv-00732-APG-NJK |
| Plaintiff | **Order Granting Unopposed Motion to Dismiss** |
| v. | [ECF No. 6] |
| PAMELA BONDI, et al., | |
| Defendants | |

I ORDER that the respondents' unopposed motion to dismiss (ECF No. 6) is GRANTED. LR 7-2(d).  The clerk of court is instructed to close this case.

DATED this 7th day of May, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE